IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
|                       PLAINTIFF | :   Criminal Action No. 1:18CR-00004-JHM |
| V. | :   CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| RENE A. BOUCHER | : |
|                       DEFENDANT | : |

## ORDER

The instant action was originally assigned to the docket of Judge Greg N. Stivers who recused and transferred the matter to the undersigned. All of the remaining District Judges in the Western District, including the undersigned, have indicated they would also recuse if assigned the case. Title 28 U.S.C. § 455(a) provides that a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Given that the alleged victim in this case is a United States Senator from the Commonwealth of Kentucky, recusal is considered appropriate.

Therefore, **IT IS HEREBY ORDERED** that this matter is **referred** to Chief Judge R. Guy Cole, Jr., for reassignment to a District Judge outside the Western District of Kentucky.

*Joseph H. McKinley Jr.*

January 24, 2018

Copies to:   Counsel of record
                 Chief Judge R. Guy Cole, Jr.
                 Deborah Hunt, Clerk
                 Susan Rogers, Chief Deputy Clerk