DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN HIS CIRCUIT

---------------------------

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable

Marianne O. Battani

United States District Judge for the Eastern District of Michigan to hold a district court in the Western District of Kentucky to hear the case of *USA v. Rene A. Boucher,* Case No. 1:18-CR-00004, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

_____
R. Guy Cole, Jr., Chief Judge
United States Court of Appeals
for the Sixth Circuit

Dated:   January 25, 2018

Designation 18-11