UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
Case No. 1:18-CR-00004-JHM

*Electronically Filed*

UNITED STATES OF AMERICA                                    PLAINTIFF

V.

RENÉ BOUCHER                                                DEFENDANT

**DEFENDANT'S NOTICE OF EXCHANGE OF
MEMORANDUM REGARDING
PLEA AGREEMENT AND SENTENCING**
_____

Defendant, René Boucher, by counsel, hereby gives notice that he has exchanged and delivered his sentencing memorandum by providing a copy of same to Bradley Shepherd, Special Assistant, United States Attorney, and Hon. Marianne O. Battani, United States District Judge, via FedEx/overnight delivery on this date.

This 7th day of June, 2018.

/s/ Matthew J. Baker
Matthew J. Baker
911 College Street, Suite 200
Bowling Green, KY  42101
Telephone:  (270) 746-2385
Facsimile:  (270) 746-9621
E-Mail:     mbakerlaw@bellsouth.net

## CERTIFICATE OF SERVICE

       I hereby certify that on June 7, 2018, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

Bradley P. Shepard  
Special Attorney to the United States Attorney General  
Office of the United States Attorney for the  
 Southern District of Indiana  
10 West Market Street, Suite 2100  
Indianapolis, IN  46204  
Brad.Shepard@usdoj.gov

                                            /s/ Matthew J. Baker_____  
                                            Matthew J. Baker